PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent, v. FOURTEEN HUNDRED HERTEL AVENUE, INC., and Others, Appellants, Impleaded with Others. — Order affirmed, with ten dollars costs and disbursements. All concur.

HARLEY D. SMITH, as Administrator, etc., of GERTRUDE D. SMITH, Deceased, Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgment reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the finding that the State's employee, Archie Kelsey, was free from negligence causing the accident which resulted in the death of Gertrude D. Smith, claimant's intestate, was against the weight of evidence. We are ordering a new trial as the Court of Claims made no finding as to the care or lack of care of the claimant's intestate and made no assessment of the damages. All concur. [148 Misc. 524.]

In the Matter of the Application of THOMAS K. GALE, Respondent, for a Mandamus Order against WILLIAM P. EMM, Onondaga County Auditor, Appellant.— Order affirmed, with costs. All concur.

EDWARD GOSEK, an Infant, etc., Appellant, v. BRINK'S EXPRESS COMPANY and Another, Respondents.— Judgment affirmed, with costs. All concur.

CLARENCE N. MARTIN and Another, Respondents, v. NINA SPRAGUE MILLER and Another, Appellants, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. All concur.

In the Matter of JOHN SWIDERSKI, Appellant, and VIRGINIA and CARL SWIDERSKI, Children under Sixteen Years of Age.— Judgment of conviction affirmed. All concur.

LOYD SWARTHOUT and JESSE M. YORK, Doing Business as SWARTHOUT AND YORK, Respondents, v. SELMER LOKKEN and Others, Appellants.— Order reversed; with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide event. All concur.

JOHN C. VAN SON, Respondent, v. THE MARINE TRUST COMPANY OF BUFFALO and Another, Appellants, and NORMAN E. BOASBERG, Defendant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

In the Matter of the Judicial Construction of the Last Will and Testament of FANNY JONES, Deceased.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.

PETER DeMOCKER and Another, Respondents, v. ASSOCIATED GAS & ELECTRIC COMPANY, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.

MARGARET POWERS, Respondent, v. JULIUS W. SCHREIB, Appellant.— Motion for leave to appeal to the Court of Appeals denied.

FRANK L. POWERS, Respondent, v. JULIUS W. SCHREIB, Appellant.— Motion for leave to appeal to the Court of Appeals denied.

UNION TRUST COMPANY OF ROCHESTER, Respondent, v. NORMAN W. MAYER, Appellant.— Appeal dismissed unless appellant shall file and serve printed records and briefs by February fifteenth.